IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| GAGE MICHAEL SMITH,<br><br>  Plaintiff,<br><br>v.<br><br>CLARKE COUNTY, IOWA,<br>WAYNE KEELER, individually,<br>  and in his official capacity.<br><br>  Defendants. | Case No.<br><br>Clarke Co. Law No. CVCV013052<br><br>**NOTICE OF REMOVAL** |

**COME NOW** the Defendants, Clarke County, Iowa, and Wayne Keeler, by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby gives notice of removal of this action from the Iowa District Court for Clarke County to the United States Court for the Southern District of Iowa. In support thereof, Defendants state as follows:

1. Plaintiff filed his Petition in the Iowa District Court for Clarke County on January 3, 2023, and Amended Petition on January 12, 2023.

2. Defendants Clarke County, Iowa, and Wayne Keeler through undersigned counsel accepted service on January 17, 2023.

3. Pursuant to 28 U.S.C § 1446(a) and LR 81(a), process, pleadings, and orders filed in the state case are attached hereto as Exhibit A.

4. This cause may be removed from the Iowa District Court for Clarke County to the United States District Court for the Southern District of Iowa, Central Division, pursuant to 28 U.S.C. § 1331 because Plaintiff's Petition alleges claims under 42 U.S.C. § 1983.

5. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being

served on the Plaintiff, through his attorney, and will be filed with the Iowa District Court for Clarke County.

6. Pursuant to Local Rule 81, Defendants state that they are unaware of any other matters pending in state court. The attorneys appearing in state court on behalf of the Plaintiff are Ryan Ellis and Peter Sand. Mr. Ellis is at 209 N. Buxton, Indianola, Iowa 50125. Mr. Ellis's email is ryan@ellislawpc.com. Mr. Sand is at 2629 Beaver Avenue #3, Des Moines, Iowa, 50310. Mr. Sand's email address is: pete@ellislawpc.com

**WHEREFORE**, for the reasons stated herein, this Court has jurisdiction over this matter pursuant to 28 U.S.C § 1331 and over the parties, and removal is proper pursuant to 28 U.S.C. § 1441. Defendants therefore respectfully request this Court accept jurisdiction of this matter.

By: _____
Jason C. Palmer AT0006089
LAMSON DUGAN & MURRAY LLP
1045 76th Street, Suite 3000
West Des Moines, Iowa 50266
Telephone:   (515) 823-0458
Facsimile:    (515) 298-6536
E-Mail:          jpalmer@ldmlaw.com

ATTORNEYS FOR DEFENDANTS

Copy to all Counsel of Record via CM-ECF

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 6th of February, 2023 by:
☐ U.S. Mail          ☐ FAX
☐ Hand Delivered   ☐ UPS
☐ Federal Express  ☒ Other: EDMS

AMH