IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| GAGE MICHAEL SMITH, | CASE NO. 4:23-CV-00050-SMR-WPK |
| Plaintiff, | |
| vs. | ORDER CANCELING ALL DEADLINES AND HEARINGS AND FOR CLOSING DOCUMENTS |
| CLARKE COUNTY, IOWA, WAYNE KEELER, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY, | |
| Defendants. | |

The parties have notified the Court that a settlement agreement has been reached as of April 7, 2023. Accordingly, all deadlines and hearings are canceled.

Closing documents shall be filed by May 9, 2023. If no closing documents are filed, pursuant to LR 41(c) the Court may order dismissal of this action without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

IT IS SO ORDERED.

DATED April 24, 2023.

_____
William P. Kelly
UNITED STATES MAGISTRATE JUDGE