## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| GAGE MICHAEL SMITH, | ) | No.  4:23-cv-00050-SMR-HCA |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
|  | ) | DISMISSAL |
| CLARKE COUNTY, IOWA, | ) |  |
| WAYNE KEELER, individually, | ) |  |
| and in his official capacity, | ) |  |
| Defendants. | ) |  |
|  | ) |  |

COMES NOW the Plaintiff, noting that the parties' settlement agreement has now been fully performed, and hereby DISMISSES this action WITH PREJUDICE.

ELLIS LAW OFFICES, P.C.


_____*/s/ Ryan J. Ellis*_____
Ryan J. Ellis, AT0002289
ELLIS LAW OFFICES, P.C.                          _____*/s/ Peter M. Sand*_____
209 N. Buxton                                          Peter M. Sand AT0006939
Indianola, Iowa 50125                              2629 Beaver Ave. #3
(515) 962-9080                                        Des Moines, IA   50310
(515) 961-2779 fax                                  (515) 698-9000
Ryan@ellislawpc.com                            cell-(515) 556-3245
ATTORNEY FOR PLAINTIFF                  pete.sand6@gmail.com
                                                           ATTORNEY FOR PLAINTIFF